US DISTRICT COURT
SOUTH CAROLINA DISTRICT OF ~~[crossed out]~~ GREENVILLE

MAY 12 2025 AM 11:03
RCV'D - USDC G'VILLE SC

WELDON EUGENE HULTZCLAW JR.    )
                               )
                               )
    vs.                        )    CASE NO:
                               )
                               )
BRITISH BROADCASTING CO AMERICA et al )

I WELDON EUGENE HULTZCLAW SR. MAKE THIS MOTION BEFORE THE US DISTRICT COURT OF SOUTH CAROLINA BASED ON THE FOLLOWING:

(1) I AM UNLAWFULLY INCARCERATED AT #20 MCGEE STREET GREENVILLE SC.

(2.) IN THAT I AM SEVERELY HARD OF HEARING AND HAVE BEEN DEPRIVED OF MY HEARING AIDS, I NEED CLOSED CAPTION IN ORDER TO READ NEWS.

(3.) I RISE EARLY EVERY MORNING AS USUAL AND WATCH/READ NEWS ON VARIOUS NEWS CHANNELS ON T.V. AS MY FELLOW INMATES SLEEP

(4.) I HAVE REALIZED THAT THE BRITISH BROADCASTING COMPANY USES ENGLISH IN THEIR TRANSMISSIONS OF NEWS.

(5.) I HAVE YET TO BE ABLE TO ENJOY MY RIGHTS UNDER ADA IN READING NEWS ON BBC.

PAGE 1 OF 3

6.) I have been able to read/watch news on all other news stations offered on the TV's in the cells of this jail IF they have closed caption.

7.) The cell Zion 4 Alpha at 20 McGee Street Greenville SC. was reported to not have closed captioning on the TV. Jail maintenance never resolved the issue.

8.) This facility is incapable of housing the hearing impaired according to Nurse Horton as well as various Bunard staff and medical attendance personnel.

I ask this court to hold this facility accountable under the laws of S.C. and the U.S. regarding closed caption TV. for the hearing impaired according to the Americans with Disabilities Act. I ask this court to assign Family Legacy of Greenville as well as the Fred J. Adams Tax Group of Greenville to issue an amount that meets substantive financial compensation according to law in a summary judgement.

Please return a copy of this suit with a case number and a copy of this letter to me.

In that the clerk(s) of this court have denied responsibility to do

Page 2 of 3

their job, I again ask that this clerk of this court mail a copy to my legal Power of Attorney of Record, Jorge Lara, 62 St. Mark Rd., Taylors SC 29687.

I sign this letter my 202nd day as an American held hostage in Greenville SC. Due to Judicial Corruption this April 28th 2025,

*Weldon Eugene Hutzelman Jr.*
WELDON EUGENE HUTZELMAN JR.