Weldon Eugene Hartzclaw Jr. 0997
Greenville County Concentration Camp
20 McGee Street
Greenville SC 29601



U.S. District Court of S.C.
250 East North Street
Greenville SC 29601



Re New Motion
Remailed 05/05/25 Gave to Guard at Recreation Time 04/28/25

RCV'D – USDC G'VILLE SC
MAY 12 2025 AM 11:03

"THE GREENVILLE COUNTY DETENTION CENTER HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE, THIS FACILITY DOES NOT ASSUME RESPONSIBILTY FOR IT'S CONTENTS."



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022